ACCEPTED
04-14-00913-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/18/2015 11:24:40 PM
KEITH HOTTLE
CLERK

## No. 01 14 00267 CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/18/2015 11:24:40 PM
KEITH E. HOTTLE
Clerk

**David Medrano,** *Appellant*

v.

**Fidelity Insurance**, *Appellee*

**On Appeal from the 37th District Court
Bexar County, Texas
Trail Court Case No. 2008 CI 00027**

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLAN'S BRIEF

_____

To the Honorable 4th Court of Appeals:

Now Comes **David Medrano** and files this his, and moves this Court to grant this

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE  APPELLAN'S**

**BRIEF**, pursuant to Rule 38.6 and 10.5 of the Texas Rules of Appellate Procedure, and for

good cause shows the following:

I.

This case is on appeal from the 37th Judicial District Court of Bexar County, Texas.

II.

The case below was styled Fidelity National Insurance v. David Medrano and

numbered 2008 – CI – 00027.

III.

Appellant is seeking appellate review of a contrary ruling in the above 37th Judicial

District Court.  Appellant has conferred with the opposing attorney and it is agreed that a

Motion for Extension should be unopposed and thusly Granted for the requested 30 days. Appellant has agreed that it would reciprocate if Appellee had a similar need.

IV.

Appellant has already formulated the framework of the Appeal and has researched the basis of the arguments for the appeal. The undersigned was unable to complete the above brief because of his workload and calendaring issues. Unfortunately, over the past month the undersigned was required to deal: 1) with several dispositive motions, 2) a Jury Setting that was understood to be continued, 3) I also was required to attend a destination abroad wedding, Lastly, 4) Defendant is working on 2 other appeals that will also be due in the near future: **04-15-00332-CV** Manuel Camacho and Simona Camacho v. Texas Westchester Financial, LLC pending in this Court of Appeals and Rhoda Navarro v. Fifth Third Bank pending in the 5th Circuit.

V.

Appellant's brief is due June 19, 2015.

VI.

This is appellant's first extension of time to file appellant's brief. Appellant's counsel respectfully requests that this court bless the unopposed 30 day extension.

VII.

Appellant's counsel does have a good deal on his plate this month but does at the outset acknowledge to the Court that it is important to finalize this appeal. It is his sincere hope to finalize this matter within the agreed time period.

PRAYER

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court grant this

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE  APPELLAN'S**

**BRIEF**, without prejudice to other extension if necessary.

Respectfully submitted,

The Law Office of
Albert W. Van Cleave, III PLLC

_/s/_ Gregory T. Van Cleave_____
Gregory T. Van Cleave
Texas State Bar No. 24037881
1520 W. Hildebrand
San Antonio, TX  78201
Telephone: 210/341-6588
Facsimile: 210/341-6589
Email: greg@vancleavelaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second Agreed Motion To Extend

Time to File Appellee's Brief was served on opposing counsel, July 28, 2014.

Fidelity National Title Insurance Company,
Successor by Merger Lawyers Title Insurance Company
By and through its attorney of record:

Aaron Barton
Fred R. Jones

Goode Casseb & Jones PC                                    Via Texas E- File
2122 N Main Ave
PO Box 120480
San Antonio, TX  78212

Deutsche Bank National Trust Company
By and through its attorney of record:

Valerie Henderson
Kari Lynn Robinson

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC   Via Texas E- File
1301 McKinney St Ste 3700
Houston, TX  77010

Hinojosa, Celine
By and through its attorney of record:

Thomas E. Quirk            Via Texas E- File
Aaron & Quirk, LLP
8700 Crownhill Blvd, Suite 600
San Antonio, TX  78209

            /s/  Gregory T. Van Cleave____
           Gregory T. Van Cleave
           Texas State Bar No. 24037881


## Certificate of Conference

I the undersigned certify that I have contacted the opposing attorneys and they have agreed to not oppose the above motion.

            /s/  Gregory T. Van Cleave____
           Gregory T. Van Cleave
           Texas State Bar No. 24037881